IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Michael Jay West

Debtor(s)

2449 Kendlewood Dr.
Lancaster, SC 29720

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-2616

Case Number 19-02238
Chapter 13

APPLICATION FOR APPROVAL OF CHAPTER 13 ATTORNEY FEES

AND NOTICE OF OPPORTUNITY TO OBJECT

**I hereby request payment of attorney fees and costs as set forth below and represent to the court as follows:**

   1. This request of payment is expressly authorized by a conspicuous provision of a written fee agreement filed with the court and incorporated herein.

   2. Pursuant to SC LBR 2016-1(b), I hereby request payment of the following fees and expenses (only mark sections applicable to this request):

     a.      Expedited Fee Amount

          $_____

     b.      Supplemental Fees Before Confirmation:

          $_____ 231. adding a creditor with service on the creditor. Research to get an address and court fee to add a credtor. (statement of work)

     c.      Supplemental Fees After Confirmation:

          $_____(statement of work)

*You must indicate one option below:*

   ___X____ the total fees are <u>less</u> than the amount set forth in SC LBR 2016-1 and applicable Chamber Guidelines. <u>Any objection must be filed within twenty-one (21) days of service of this Application.</u> The fees requested will be conditionally approved for disbursement absent an objection or an order to the contrary, subject to the terms of the confirmed plan.

_____ The total fees <u>exceed</u> the amounts set forth in SC LBR 2016-1 and applicable Chambers Guidelines. Exhibit B to SC LBR 9013-4 accompanies this Application.

    d.    Alternative Procedure Fees

$_____ for _____(statement of work). A detailed description of the services rendered, the time expended, and the amounts requested and Exhibit B to SC LBR 9013-4 accompany this Application.

3. Fees and expenses set forth above total **$4231.00 ,** which includes all amounts charged through the date hereof. I have received **$300.00** in attorney fees and costs directly from the debtor. I request that all of the remaining amount of **$3931.00,** be paid through the Chapter 13 plan.

June 7, 2019                                    O'STEEN LAW FIRM, LLC
<br>                                                            <u>/s/ F. Lee O'Steen,</u> F. Lee O'Steen
<br>                                                            P.O. Box 36534, Rock Hill, SC 29732
<br>                                                            (803) 327-5300 (phone), (803) 327-5250 (fax)
<br>                                                            Lee@OsteenLawFirm.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re    Michael Jay West                                              Case No.    19-02238
Debtor(s)                                                Chapter    13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $    4,231.00
   Prior to the filing of this statement I have received      $      300.00
   Balance Due                                                $    3,931.00

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Only those acts sepcifically set forth in the contract between Debtor(s) and attorney. Preparation and filing of reaffirmation agreements and application as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any adversary proceeding or any appeal from any order.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

 June 7, 2019                                  /s/ F. Lee O'Steen
 *Date*                                        F. Lee O'Steen 08032
                                               *Signature of Attorney*
                                               O'Steen Law Firm, LLC
                                               P.O. Box 36534
                                               Rock Hill, SC 29732
                                               (803) 327-5300  Fax: (803) 327-5250
                                               lee@osteenlawfirm.com
                                               *Name of law firm*

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br><br>Michael Jay West<br><br><br><br>Debtor(s)<br><br>2449 Kendlewood Dr.<br>Lancaster, SC 29720<br><br>Last four digits of Social-Security or Individual<br>Tax-Payer-Identification (ITIN) No(s).,<br>xxx-xx-2616 | Case Number 19-02238<br>Chapter 13 |

CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I have on this day served a copy of the APPLICATION FOR APPROVAL OF CHAPTER 13 ATTORNEY FEES on the Chapter 13 Trustee by electronic notice and upon the debtor by mailing copy to the debtor's address by United States Postal Service properly addressed and first-class postage prepaid.

Michael Jay West
2449 Kendlewood Dr.
Lancaster, SC 29720

June 7, 2019                     O'STEEN LAW FIRM, LLC
                                 /s/ F. Lee O'Steen
                                 F. Lee O'Steen
                                 P.O. Box 36534
                                 Rock Hill, SC 29732
                                 (803) 327-5300
                                 (803) 327-5250 (fax)
                                 Lee@OsteenLawFirm.com

**RETAINER AGREEMENT FOR VOLUNTARY UNCONTESTED BANKRUPTCY
AND FEE AGREEMENT**

I, the undersigned client, do hereby retain F. Lee O'Steen to represent me in connection with my bankruptcy matter. I understand that I have the right to choose Chapter 7, 11, 12 or 13. The ultimate decision of which Chapter in bankruptcy to file is always up to me. I understand that there are many reasons to choose one chapter over another, and I have asked all the questions and made all inquiries I believe necessary to make the decision.
Based on that understanding, I chose to file a petition under

CHAPTER 13

I have been informed of the limitations of this representation and have inquired as necessary about the limitations. The obligations and limitations as understood are as follows:

1. The primary duty of F. Lee O'Steen will be to represent me in my bankruptcy matter and in connection with this duty attorney shall provide the following services:

    (a) meet with me for consultation;
    (b) prepare and file my Voluntary Petition, Schedules, Statements and Plan;
    (c) make any necessary Amendments and Modifications pertaining to the case, up to the Confirmation Hearing; and
    (d) represent me at the 341(a) First Meeting of Creditors and when necessary at a Confirmation Hearing.

2.A.    The services of F. Lee O'Steen shall **terminate** upon the entry of a Discharge or Dismissal of my bankruptcy case. I agree that F. Lee O'Steen may withdraw as attorney of record in this matter in the event one or more of the following circumstances or events occur:

    (a) I demand that Attorney do something illegal;
    (b) I refuse to follow the Attorney's advice;
    (c) I refuse to cooperate with Attorney;
    (d) I commit perjury or announce the intention to do so;
    (e) I fail to maintain contact with attorney;
    (f) a conflict of interest develops between clients or clients and attorney, or any other situation which could give the appearance of a conflict; or
    (g) for other good and valid reason.

2.B.    I understand this representation does **NOT** included the following activities and matter that may arise in a bankruptcy case. The excluded activities are:

    (a) litigation and court appearances other than those described in Paragraph 1 above;
    (b) conducting any discovery regarding litigation in the Bankruptcy Court; conducting or attending depositions; defending Objections to Discharge, including any related Court appearances; any appeals from any judgment or ruling; any adversary proceeding; conversion from chapter 13 to chapter 7.

3.A.    **I understand that the F. Lee O'Steen attorney fee is $ 4,000.00 for filing this case.** A portion of that fee will be paid prior to the filing of my case and a potion will be paid to him through my bankruptcy plan. In addition to the fee, the attorney will collect the Filing Fee, Credit Report Fee, Debtor Education, Counseling Fee and other reasonable and legitimate fees. (No portion of these funds will be put an escrow account.) Any attorney fee not collect prior to filing the case or by other arrangements will be paid through the plan. All fees are

subject to review by the Court and the Trustee.

Attorney fee for filing case                                                                                          4,000.

3.B.    I understand the attorney fee does **NOT** included all services that may be needed in my case. I understand that an **additional fee will** be charged in the event the performance of such additional services become necessary. The activities included in the representation but excluded from the fee are:

(a) litigation and court appearances other than those described in Paragraph 1 above, if representation is agreed to;
(b) preparation and filing of Amendments in a Chapter 7 and 13; extended negotiations prior to or in lieu of additional Court appearances; attending hearings on creditor motions.

3.C.    I understand that the attorney fee to convert my chapter 13 case to a chapter 7 case is $750. That fee includes the court conversion fee and the fee for amending to add creditors one time. Any additional adding of creditors would cost $200 more.

3.D.    ADDITIONAL FEE
I understand the following is related to additional fees:

Some matters not include in the attorney fee of $4,000 are listed below with a fee for that service. These representations are sometimes necessary but not needed in all cases. Therefore, the Court has found that these costs should be charged separately and not included in the standard fee for every case. Each time a fee listed below is charged, the attorney will file an application with the Court for payment through the plan. These fees will only be paid through the plan. The fees shown below are representative of the fees that the Trustee could allow and are subject to change. Any activity not listed will be charged at $350 per hour.

**I understand that my inability to pay the fee or the plan to support the fee charged will not prevent me from receiving the service provided by the attorney as long as I am represented by F. Lee O'Steen. This means that I will receive the services listed below even if I do not have the ability to pay.**

The fee schedule is as follows:

| # | Service | Fee |
|---|---|---|
| 1. | LETTERS TO DEBTOR | $50.00 |
| 2. | FAILURE TO ATTEND 341 | $150.00 |
| 3. | TRANSFER OF ATTORNEY | $150.00 |
| 4. | MORATORIUM | $500.00 |
| 5. | RESOLVE MOTION TO DISMISS | $500.00 |
| 6. | ATTENDING DISMISSAL HEARING FOR NON-PAYMENT | $500.00 |
| 7. | DEFENDING MOTION TO DISMISS BY CREDITOR AFTER CONF. | $500.00 |
| 8. | MOTION TO INCUR DEBT | $500.00 |
| 9. | MOTION TO SELL PROPERTY | $500.00 |
| 10. | MOTION TO COMPEL TURNOVER OF PROPERTY | $500.00 |
| 11. | SUBSTITUTION OF COLLATERAL | $500.00 |
| 12. | MOTION TO MODIFY POST CONFIRMATION | $500.00 |
| 13. | MOTION TO MODIFY POST CONFIRMATION REQUIRING NEW SCHEDULE I & J | $500.00 |
| 14. | **PREVENTION** OF 362 MOTION FOR FAILURE TO MAINTAIN AUTO/HOME OWNERS INSURANCE AND/OR OUT OF COURT WORK-OUT | $300.00 |
| 15. | 362 MOTION IF NO RESPONSE FILED | $300.00 |
| 16. | 362 MOTION IF RESPONSE FILED | $500.00 |
| 17. | COMBINED 362 MOTION AND APPEAR IN COURT | $500.00 |
| 18. | MOTION TO REINSTATE STAY OR RESUMPTION OF PAYMENTS | $500.00 |

| | | |
|---|---|---|
| 19. | MOTION TO REINSTATE CASE | $500.00 |
| 20. | ADDING CREDITORS | $150.00 |
| 21. | MOTION TO REOPEN – NON PAYMENT | $500.00 |
| 22. | DEBTOR OBJECTION TO CLAIM | $500.00 |
| 23. | FILING CLAIM ON BEHALF OF CREDITOR | $300.00 |
| 24. | FILING PRE or POST CONFIRMATION AMENDMENT | $500.00 |
| 25. | CONVERSION TO A CHAPTER 7 | $750.00 PLUS REMAINING AMOUNT OWED IN CHAPTER 13 |
| 26. | MOTION TO RESTRICT PUBLIC ACCESS | $300.00 |
| 27. | MOTION TO DETERMINE THE APPROPRIATENESS OF POST-PETITION FEES OR CHARGES | $300.00 |
| 28. | MOTION TO DETERMINE IF PRE-PETITION ARREARAGES HAS EFFECTIVELY BEEN CURED THROUGH THE PLAN. | $300.00 |
| 29. | RESCHEDULED 341 HEARING | $150.00 |

3.C. A suit brought in and as part of a bankruptcy case is called an **adversary proceeding**. It must be brought as a separate action and not as a part of the bankruptcy case you are filing. Adversary actions are not common, but are sometimes necessary for protection of the client's interest. I understand that this agreement specifically excludes any representation in an adversary action and representation will be by a separate agreement.

4. I understand that F. Lee O'Steen CANNOT AND DOES NOT guarantee the results of this bankruptcy matter. The outcome of my case is dependent on my situation and my ability to make the required payments under a plan as the current law applies to my situation.

5. I agree to cooperate fully with attorney and agree to communicate any change in my contact information. I understand to successfully conclude this matter; I must perform the following duties and responsibilities:

(a) I shall be responsible for providing Attorney a list of correct names and address of ALL creditors and providing information needed to prepare complete and accurate schedules; I am responsible for the contents of the schedules;

(b) I shall be responsible for attending the Section 341(a) First Meeting of Creditors and the Confirmation Hearing;

(c) I shall be responsible for supplying Attorney with a current and correct address and telephone number for me and keeping Attorney informed of any changes;

(d) I shall be responsible for providing an accurate and current list of all my property where ever located as well as a fair estimate of the value of my property;

(e) I shall be responsible for making all payments required under a Chapter 13 Plan directly to the Bankruptcy Trustee; and

(f) I understand: The Bankruptcy Rules followed in the District of South Carolina do not anticipate the collection and payment by the Chapter 13 Trustee of any mortgage payments. I understand that post-petition mortgage payments are my responsibility to make if the property will be kept. The Chapter 13 Trustee is only responsible for collecting and distributing to the Mortgagee the arrearage portion of the mortgage. I must keep mortgage payments current after the case is filed.

Client(s) agree(s) to pay an Attorney's Fee in the sum of $ 4,000.00 (expedited fee amount) together with Court Fee, Credit Report Fee, a Debtor Education Fee, Counseling Fee, and other reasonable and legitimate fees. Client agrees to the above fees and understands that Client must make an initial deposit to Attorney. From the deposit the Attorney shall pay the Court Fee, Credit Report Fee, Debtor Education Fee, Consumer Counseling Fee and other reasonable and legitimate fees applying the remainder to Attorney Fee. Attorney will request to be

paid remaining Attorney Fee through the plan.

Fee agreed to for filing case                                                                         4,000.

### CERTIFICATION OF INFORMATION AND AUTHORIZATION TO SIGN

CLIENTS CERTIFY THAT THEY HAVE REVIEWED THIS RETAINER AGREEMENT FOR VOLUNTARY UNCONTESTED BANKRUPTCY AND FEE AGREEMENT. THEIR QUESTIONS HAVE BEEN ANSWERED RELATED TO THIS AGREEMENT. CLIENTS CERTIFY THAT THEY HAVE REVIEWED THEIR PETITION, PLAN AND RELATED SCHEDULES AND THAT THEY HAVE LISTED ALL CREDITORS, ALL DEBTS, ALL ASSETS AND DISCLOSED ALL INCOME AND MADE REASONABLE ESTIMATES OF THE EXPENSES SHOWN ON THEIR SCHEDULES.

CLIENTS AGREE AND CONSENT TO ATTORNEY SIGNING THEIR NAME TO AN AMENDED PLAN. THE CLIENT WILL BE INFORMED OF THE CHANGE TO THE PLAN BY PHONE OR EMAIL OR REGULAR MAIL IF THE CHANGE INVOLVES AN INCREASE IN THE PLAN PAYMENT. IF PLAN PAYMENTS ARE NOT INCREASED AND THE CHANGE IS NECESSARY FOR CONFIRMATION OR FOR CORRECTNESS THE CLIENT AGREES TO BE NOTIFIED AFTER THE PLAN IS AMENDED.

A DISMISSAL OF YOUR CASE BY THE COURT TERMINATES OUR REPRESENTATION OF YOU IN ALL MATTERS RELATED TO THIS AGREEMENT.

CLIENT UNDERSTANDS AND CONSENTS TO THIS AGREEMENT BEING MADE PUBLIC RECORD AND BEING FILED AS AN ATTACHMENT TO THE ATTORNEY FEE DISCLOSURE STATEMENT.

IN WITNESS, WHEREOF, the parties have set their signatures hereto:

Client _____
Michael Jay West

Client _____